UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JANIS L. SAMMARTINO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 21CR1739-JLS |
| Plaintiff, | ORDER CONTINUING MOTION HEARING/TRIAL SETTING |
| v. | |
| DENICE ALCANTAR (1), | |
| Defendants. | |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the motion hearing/trial setting currently set for JULY 9, 2021 at 1:30 p.m. in this Court is continued and reset for SEPTEMBER 17, 2021 at 1:30 p.m. in this Court. Defendant shall file an acknowledgement of the new hearing date by July 16, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) as well as § 3161(h)(1)(D).

**IT IS SO ORDERED.**

Dated: June 28, 2021

Hon. Janis L. Sammartino
United States District Judge

ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING
1
21 CR 1739-JLS